UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Walter Hutchinson, Jr.

      v.                           Civil No. 12-cv-376-JL

NH State Prison, Warden

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated October 15, 2013.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988));  see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).  Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability.  See 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

    SO ORDERED.

                                            _____
                                            Joseph N. Laplante
                                            Chief Judge

Date: December 6, 2013

```
cc:   Walter Hutchinson, Jr.
      Elizabeth C. Woodcock, Esq.
```